UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

James W. Fikes, Jr.,

    Petitioner,

v.

Warden, Marion Correctional
Institution, and Ohio Adult
Parole Authority,

    Respondents.

Case No. 2:16–cv–832

Judge Michael H. Watson
Magistrate Judge Kemp

## ORDER

On February 15, 2017, the United States Magistrate Judge issued a Report and Recommendation (R&R) recommending that this action be dismissed as unexhausted and as barred by the one-year statute of limitations found in 28 U.S.C. § 2244(d). The parties were specifically advised of their right to object to the R&R and of the consequences of their failure to do so. There has nevertheless been no objection to the R&R.

The R&R is hereby **ADOPTED and AFFIRMED**. This action is hereby **DISMISSED** as unexhausted and as barred by the one-year statute of limitations found in 28 U.S.C. § 2244(d).

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.

IT IS SO ORDERED.

                                    */s/ Michael H. Watson*
                                 MICHAEL H. WATSON, JUDGE
                                 UNITED STATES DISTRICT COURT